PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: <u>Michael Anthony Vallejo</u>                Case Number: <u>A-12-CR-182(2)-SS</u>

Name of Sentencing Judicial Officer: <u>Honorable Sam Sparks, U.S. District Judge, Western District of Texas, Austin Division</u>

Date of Original Sentence: <u>August 24, 2012</u>

Original Offense: <u>Possession with Intent to Distribute more than 500 grams of Cocaine, in violation of 21 U.S.C. § 841(b)(1)(B)</u>

Original Sentence: <u>160 months imprisonment followed by 4 years supervised release with special conditions to include financial disclosure, substance abuse and mental health treatment, submission to search, no contact with any gang members, and drug and alcohol abstinence</u>

Type of Supervision: <u>Supervised Release</u>          Date Supervision Commenced<u>: March 13, 2018</u>

---

## PREVIOUS COURT ACTION

In January 2021, the defendant's case was transferred from U.S District Judge Sam Sparks to U.S. District Judge Lee Yeakel.

## NONCOMPLIANCE SUMMARY

**<u>Violation of Mandatory Condition No. 1:</u>** "The defendant shall not commit another federal, state, or local crime during the term of supervision."

**<u>Nature of Non-compliance:</u>**  On October 26, 2020, the Austin Police Department responded to a report of animal cruelty at the defendant's residence.  Upon arrival, officers made contact with Animal Control.  Animal Control reported they responded to the residence the day before in response to a report of a dog in poor condition.  They were unable to contact anyone at the residence and left a proper care notice advising they would return the following day.  When Animal Control responded again this date, they found the dog deceased.  The dog was emaciated and covered in flies and fleas with hair loss and open sores all over the body.  There was no visible food or water.  APD made contact with a neighbor who reported the dog belonged to the defendant.  On October 29, 2020, APD made contact with the defendant who denied ownership of the dog.  The defendant stated he was attempting to care for the dog for someone else.

On December 22, 2020, the Austin Police Department issued a warrant for the defendant for Animal Cruelty, a Class A misdemeanor.  The defendant turned himself in on the warrant on January 11, 2021, and was released on bond.

Michael Anthony Vallejo
Report on Offender Under Supervision
Page 2

**U.S. Probation Officer Action:**  It is respectfully recommended no action be taken at this time pending adjudication of the State case.  The defendant will be placed on a more intensive supervision caseload.  The Court will be advised of the disposition of the State case to address any further action necessary in regards to the defendant's supervised release status.

Approved:                                          Respectfully submitted,

_____                    _____
Craig A. Handy                                     Shelly Weirich
Supervising U.S. Probation Officer         U.S. Probation Officer
Date:  January 11, 2021                         Date:  January 11, 2021

**THE COURT ORDERS:**

[ ]  No Action

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[X]  Other  Resubmit 12C Request for Warrant

_____
Honorable Susan Hightower
United States Magistrate Judge

Date:  January 26, 2021